DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**AUDREY MARIE MALIN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-1622

[August 25, 2021]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Dan L. Vaughn, Judge; L.T. Case No. 312014CF000623A.

Audrey M. Malin, Ocala, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed. See Owens v. State*, 303 So. 3d 993 (Fla. 1st DCA 2020).

DAMOORGIAN, CIKLIN and KUNTZ, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***